IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MILLIE CARLISLE,
    Plaintiffs,

v.                                                    Case No. 5:05cv188/MCR/EMT

SALLIE MAE, INC.,
    Defendant.
_____/

## **ORDER**

        This cause is before the court upon Defendant's Motion to Modify One of the Deadlines in the Court's Final Scheduling Order (Doc. 22).

        On September 18, 2006, Defendant submitted a proposed case management report and asked this court to adopt it as the final scheduling order (Doc. 20).  Defendant proposed a "two-phase" discovery plan and, in the first phase, asked that the court allow the Defendant to file a dispositive motion on two limited issues by November 17, 2006 (*id.* at 2–3).  Specifically, Defendant asked to file a dispositive motion on the issue of whether Plaintiff's claims in this lawsuit should be dismissed based on Plaintiff's prior deposition testimony and the prior testimony of the parties before the Administrative Law Judge, and on the issue of whether Plaintiff's claims in this case are precluded by the prior orders of the Florida Commission on Human Relations and the Administrative Law Judge (*id.* at 3).  On September 20, 2006, this court adopted Defendant's proposed case management report as the final scheduling order, subject to several modifications in the deadlines (Doc. 21).  In particular, this court adopted Defendant's proposed "two-phase" discovery plan but changed the deadline for Defendant's first dispositive motion to October 10, 2006, giving Defendant three weeks to file its first dispositive motion (*id.* at 1).  Defendant now seeks to modify that deadline because Defendant's counsel "will be on a previously-scheduled and prepaid family vacation out of the country from October 3, 2006 to October 15, 2006" (Doc. 22 at 2).  Instead,

Defendant requests a "two-week" extension of the established deadline for Defendant to file the above described dispositive motion, up to and including October 30, 2006[1] (*id.*).

Defendant's motion is denied for the following reasons.  First, Defendant indicated in its proposed case management report that it is already familiar with the issues in this case and that it would not need to conduct any additional discovery prior to filing its first dispositive motion, because the facts and issues in this case have "previously been presented to, and decided by, the Administrative Law Judge" (*see* Doc. 20 at 2, 3).  Therefore, three weeks should be more than sufficient for Defendant to file its first dispositive motion on the limited issues described above, as the evidence in support of the motion already exists, and Defendant is familiar with the facts and issues involved.  Second, the "two-phased" discovery plan that has been permitted by this court, <u>at Defendant's request</u>, has resulted in an extension of the discovery deadline for more than two months, from December 4, 2006 (Doc. 18 at 1) to February 12, 2007 (Doc. 21 at 2).  Defendant now asks for an additional twenty days to file its first dispositive motion, which would necessitate a further extension of the discovery deadline, and which this court is not willing to do.  Next, the court notes that while Defendant states that it needs an extension because Defendant's counsel will be on a vacation, Defendant's counsel will be absent for only one week during the time period between now and October 10, 2006, yet Defendant requests nearly a three-week extension (*see* Doc. 22 at 2).  Finally, the court notes that Defendant's motion was signed by two attorneys, Peter W. Zinober and Lisette Gierbolini, but the motion indicates that only one of those attorneys will be away during any of the time between now and October 10, 2006 (*id.*).  Therefore, Defendant's motion shall be denied.

Accordingly, it is **ORDERED**:

Defendant's Motion to Modify One of the Deadlines in the Court's Final Scheduling Order is **DENIED**.

**DONE AND ORDERED** this 21st day of September 2006.

---

[1]Although Defendant states it is seeking a "two-week" extension, Defendant is actually requesting a twenty-day extension, or nearly three weeks, by requesting that the deadline be changed from October 10 to October 30 (*see* Doc. 22 ¶ 4).

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**