**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

MILLIE CARLISLE,

    Plaintiff,

v.                                     Case No. 5:05cv188/MCR/EMT

SALLIE MAE, INC.,

    Defendant.
_____/

**O R D E R**

This cause comes on for consideration upon the magistrate judge's report and recommendation dated December 7, 2006. Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a <u>de novo</u> determination of any timely filed objections.

Having considered the report and recommendation, and any objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion for Summary Judgment (Doc. 24) is **GRANTED**.

3. All pending motions are **DENIED as moot**.

4. Judgment shall be entered by the clerk in favor of Defendant.

**DONE AND ORDERED** this 17th day of January, 2007.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**